**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JERMAINE LAWRENCE HENDERSON,**

    **Plaintiff,**

vs.                                               **Case No. 4:17cv56-WS/CAS**

**GEO GROUP, INC.,
BLACKWATER WATER
CORRECTIONAL FACILITY, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, was granted leave to proceed in forma pauperis status, ECF Nos. 2 and 4, and his complaint, ECF No. 1, was reviewed. Because the complaint was insufficient as filed, Plaintiff was required to submit an amended complaint on or before April 10, 2017. ECF No. 4. Plaintiff was advised that if he failed to file the amended complaint as required, a recommendation may be made to dismiss this case. *Id.* As Plaintiff did not comply with that Order, this case should now be dismissed for failure to prosecute and failure to comply with a Court Order. Plaintiff has abandoned this litigation.

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** for failure to prosecute and comply with a court order pursuant to Fed. R. Civ. P. 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on April 20, 2017.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** See **11th Cir. Rule 3-1; 28 U.S.C. § 636.**